

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,646

**EX PARTE SHERRI FREDERICK, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1277741-B IN THE 339TH JUDICIAL DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to possession of a controlled substance and was sentenced to six months' state jail imprisonment. She did not appeal her conviction.

Applicant contends that she is actually innocent of the offense to which she pleaded guilty. Applicant was arrested on September 12, 2010. The substance she possessed was sent to the Houston Police Department crime lab for testing, but testing was not completed until February 23,

2011. The results of the testing were not available until more than four months after Applicant entered a negotiated plea of guilty, on October 1, 2010. The results of the testing showed no controlled substance in the evidence gathered from Applicant's arrest.

The trial court has determined that Applicant is entitled to relief on the basis of actual innocence. *See Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002). Relief is granted. The judgment in Cause No. 1277741 in the 339th Judicial District Court of Harris County is set aside, and Applicant is remanded to the custody of the sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.


Delivered: September 28, 2011
Do Not Publish